UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Paul Charles Beebe  
    Debtor.

_____/

Bankruptcy No. 05-12206 -001A  
Honorable James D. Gregg  
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $4,388.01 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C., Section 347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditors(s) listed below.

    The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Creditor Address | Claim No. | Amount of Dividend |
|---|---|---|---|
| InfaBank | Attn: CardMember Services Recovery Division P.O. Box 85092 Norcross, VA 30092 | 2 | $4,388.01 |

FILED 2010 JAN 14 AM 10:26 U.S. BANKRUPTCY COURT WEST DIST. OF MICH.

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 239277     — DR

January 14, 2010
14:32:56

**UNCLAIMED FUNDS**
05-12206

Debtor.: PAUL CHARLES BEEBE
Judge..: James D. Gregg
Trustee: LISA GOCHA
Amount.:                    $4,388.01 CH
Check#.: 1001

Total-> $4,388.01

FROM: LISA GOCHA